# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANIEL JOHNSON and
MARY LEE JOHNSON

JUDGMENT IN A CIVIL CASE

v.

J. RICHARD CREATURA,
UNITED STATES MAGISTRATE JUDGE

CASE NUMBER: C11-5057FVS

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Defendant's motion to dismiss (Ct Rec. 5) is **granted.** The Plaintiffs' complaint is dismissed with prejudice.

The Clerk of the Court shall enter judgment in accordance with this order.


| April 7, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

  *s/CM Gonzalez*
Deputy Clerk